

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00055-CR

**IN RE** Rigoberto Gamboa **MOLINA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                  Luz Elena D. Chapa, Justice
                  Beth Watkins, Justice

Delivered and Filed: February 15, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED

On January 30, 2023, relator filed a motion to dismiss his petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus. The stay imposed on January 13, 2023 is lifted.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 11370CR, styled *State of Texas v. Rigoberto Gamboa Molina*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.